UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

HECTOR MORALES and ISABEL ORTIZ,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE JEFFREY
CARROLL, SHIELD # 006136, and UNIDENTIFIED
NEW YORK CITY POLICE OFFICERS, EMPLOYEES
AND AGENTS, individually and in their official capacities
as detectives and/or officers of the New York City Police
Department,

                      Defendants.

------------------------------------------------------------- x

**26(F) DISCOVERY PLAN**

07 Civ. 7511 (WHP)(RLE)

        **WHEREAS**, the parties have conferred pursuant to the Court's Order dated October 5, 2007.

        **NOW**, therefore, the parties respectfully submit the following Rule 26(f) discovery plan:

(1)    **what changes should be made in the timing, form or requirement for disclosure under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made:**

- None; plaintiffs and defendants will exchange Fed. R. Civ. P. 26(a)(1) disclosures by December 20, 2007.

(2)    **the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues:**

- Plaintiffs intend to conduct discovery on the following issues:

    1. The factual allegations and claims alleged in the complaint.

    2. The underlying warrant and basis therefor.

PDF created with pdfFactory trial version www.pdffactory.com

       3. Plaintiffs reserve the right to conduct discovery on other topics if necessary pursuant to discovery.

- Defendants intend to conduct discovery on the following issues:

    1. The factual allegations and claims alleged in the complaint.
    2. Plaintiffs' purported damages.
    3. Defendants reserve the right to conduct discovery on other topics as necessitated in the course of discovery.

- The parties agree that discovery will consist of document discovery and deposition discovery.
- The parties propose that all discovery will be completed by April 15, 2008.
- At this time, the parties do not propose to conduct discovery in phases or to limit or focus discovery.
- At this time, the parties do not anticipate expert testimony, but both parties reserve their right to do so if necessary.

(3)    what changes should be made in the limitations on discovery imposed under these rules or the local rule, and what other limitations should be imposed:

- None at this time.

(4)    any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c):

- None at this time.

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  New York, New York
        November 22, 2007

| | |
|---|---|
| JOSEPH S. HUBICKI<br>Attorney for the Plaintiff<br>386 Park Avenue South<br>New York, NY 10016<br>(212) 532-3850<br><br>By: _____<br>JOSEPH S. HUBICKI | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 3-141<br>New York, New York  10007<br>(212) 788-0987<br><br>By: _____<br>JORDAN SMITH<br>Assistant Corporation Counsel |

SO ORDERED:

_____
HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com