UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HECTOR MORALES and ISABEL ORTIZ,

                Plaintiffs,

        -against-

THE CITY OF NEW YORK, DETECTIVE
JEFFREY CARROLL Shield # 007136, and
UNIDENTIFIED NEW YORK CITY POLICE
OFFICERS, EMPLOYEES AND AGENTS
individually and in their official capacities as
detectives and/or officers of New York City
Police Department,

                Defendants.
----------------------------------------X

07 Civ. 7511 (WHP)

SCHEDULING ORDER No. 1

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on November 30, 2007, the following schedule is established on consent:

        (1) Plaintiff shall serve and file and amended complaint identifying all John Doe defendants by December 14, 2007;

        (2) Discovery shall be completed by April 15, 2008;

        (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by May 15, 2008; and

      (4) This Court will hold a final pre-trial conference on May 30, 2008 at 10:00 a.m.

Dated:    December 3, 2007
             New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*:

Joseph Stanley Hubicki, Esq.
Menagh & Falcone, P.C.
386 Park Avenue South
New York, NY 10016
*Counsel for Plaintiffs*

Jordan Michael Smith, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*